UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00367-JPH-MJD |
| | ) | |
| CONNIE O'BRIEN, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Order Granting Motion for Extension of Time**

This matter is before the Court on the United States' unopposed Motion for Extension of Time.

The Court finds that good cause exists for the requested extension of time. The motion, dkt. [106], is **granted**. The United States shall respond to Defendant's motion for compassionate release on or before **November 12, 2020**.

**SO ORDERED.**

Date: 11/2/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel