UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00367-JPH-MJD |
| | ) | |
| CONNIE O'BRIEN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The United States has filed copies of Defendant's medical records as Exhibits A and B to its Response in Opposition to Motion for Compassionate Release. Dkts. 114-1 and 114-2. Exhibits A and B violate Federal Rule of Criminal Procedure 49.1 because, at a minimum, they include Defendant's full date of birth.

Accordingly, Exhibits A and B (dkts. 114-1 and 114-2) are hereby **stricken**. The **clerk is directed** to **strike these documents from CM/ECF and remove them from public view**. The United States shall re-file the exhibits within 7 days of the date of this Order. Any reply must be filed within 7 days after the United States re-files its exhibits.

Any documents re-filed in the public record must comply with Federal Rule of Criminal Procedure 49.1, which, among other things, requires redacting dates of birth so that only the

1

year is visible. If the United States re-files the exhibits under seal, it must also file a motion to seal that complies with Local Criminal Rule 49.1-2.

**SO ORDERED.**

Date: 12/3/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel